**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-60502-BLOOM/Valle**

CHEROKEE GRAY EAGLE IP, LLC,
and REBOUNDERZ FRANCHISE AND
DEVELOPMENT, INC.,

      Plaintiffs/Counter-Defendants,

v.

ROCKIN' JUMP, LLC,
and SEVEN STARS ON THE
HUDSON CORP.,

      Defendants/Counter-Plaintiffs.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Joint Motion to Stay all Deadlines and Notice of Settlement, ECF No. [89] ("Joint Motion"), filed on December 26, 2019, that indicates that the parties have reached a settlement of the claims asserted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a settlement agreement for the Court's consideration and/or appropriate dismissal documentation.

2. The Joint Motion, **ECF No. [89]**, is **DENIED AS MOOT**.

3. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

4. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**.

Case No. 18-cv-60502-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 27, 2019.

                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record