IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-CV-60502-BLOOM/Valle

CHEROKEE GRAY EAGLE IP, LLC and
REBOUNDERZ FRANCHISE AND
DEVELOPMENT, INC.,

    Plaintiffs,

vs.

ROCKIN' JUMP, LLC and SEVEN
STARS ON THE HUDSON CORP.,

    Defendants.
_____/

## JOINT STIPULATION AND NOTICE OF DISMISSAL

The undersigned for and on behalf of Cherokee Gray Eagle IP, LLC and Rebounderz Franchise and Development, Inc. (collectively, "Plaintiffs"), and Rockin' Jump, LLC and Seven Stars on The Hudson Corp. (collectively, "Defendants") (all collectively, the "Parties" and each individually, a "Party"), hereby stipulate and agree to dismiss with prejudice all claims and dismiss without prejudice all counterclaims in the above-captioned action. The Parties further stipulate and agree that all Parties in this action shall bear their own respective costs and attorneys' fees.

Dated: February 21, 2020.

                                                                                Respectfully Submitted:

| | |
|---|---|
| By: */s/ Kubs Lalchandani*<br>Kubs Lalchandani, Esq.<br>Florida Bar No.: 63966<br>Email: kubs@lslawpl.com<br>James M. Slater, Esq.<br>Florida Bar No.: 111779<br>Email: james@lslawpl.com<br>LALCHANDANI SIMON PL<br>25 Southeast Second Ave, Suite 1020<br>Miami, Florida 33131<br>Tel.: (305) 999-5291<br>Fax: (305) 671-9282<br><br>James F. Haley, Jr. (*admitted pro hac vice*)<br>Email: james.haley@hglaw.com<br>HALEY GUILIANO LLP<br>75 Broad Street, Suite 1000<br>New York, NY 10004<br>T: 646-973-2502 / F: 646-219-6229<br><br>Gregory J. Lundell (*admitted pro hac vice*)<br>Email: greg.lundell@hglaw.com<br>Joshua Van Hoven (*admitted pro hac vice*)<br>Email: joshua.vanhoven@hglaw.com<br>HALEY GUILIANO LLP<br>111 Market St, Suite 900<br>San Jose, CA 95113<br>T: 669-213-1050 / F: 669-500-7375<br><br>***Attorneys for Plaintiff*** | By: */s/ Michael P. Chu*<br>Michael P. Chu<br>mchu@mwe.com<br>Brian A. Jones<br>bajones@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>444 West Lake Street, Suite 4000<br>Chicago, IL  60606<br><br>Audrey M. Pumariega<br>apumariega@mwe.com<br>Asra Annette Chatham<br>achatham@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>333 S.E. 2nd Avenue, Suite 4500<br>Miami, FL  33131-2184<br><br>Jodi Benassi<br>jbenassi@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>415 Mission Street, Suite 5600<br>San Francisco, CA  94105-2533<br><br>Mandy Kim<br>Mhkim@mwe.com<br>McDERMOTT WILL & EMERY LLP<br>18565 Jamboree Road, Suite 250<br>Irvine, CA 92612-2565<br><br>***Attorneys for Defendants*** |

**CERTIFICATE OF COMPLIANCE WITH CM/ECF
<u>ADMINISTRATIVE PROCEDURE 3J(3)</u>**

**I HEREBY CERTIFY** that pursuant to CM/ECF Administrative Procedure 3J(3) counsel for Defendants consented to the filing of this Joint Stipulation and Notice of Dismissal.

By: */s/ Kubs Lalchandani*
Kubs Lalchandani